1070

No. 86–891.   MEAD DATA CENTRAL, INC. *v.* WEST PUBLISHING CO.   C. A. 8th Cir.   Motion of Lawyers Co-operative Publishing Co. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 86–900.   LABRANCHE *v.* UNITED STATES OLYMPIC COMMITTEE.   C. A. 9th Cir.   Certiorari before judgment denied.

No. 86–5819.   PETERKIN *v.* PENNSYLVANIA ET AL.   Sup. Ct. Pa.;
No. 86–5833.   BEVINS *v.* KENTUCKY.   Sup. Ct. Ky.;
No. 86–5901.   FUGITT *v.* GEORGIA.   Sup. Ct. Ga.; and
No. 86–6061.   ROMERO *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   Reported below: No. 86–5819, 511 Pa. 299, 513 A. 2d 373; No. 86–5833, 712 S. W. 2d 932; No. 86–5901, 256 Ga. 292, 348 S. E. 2d 451; No. 86–6061, 716 S. W. 2d 519.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–5841.   PARKER *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.   JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–5865.   FORD *v.* UNITED STATES.   C. A. 5th Cir.   Motion of petitioner to defer consideration of the petition for writ of certiorari denied.   Certiorari denied.

No. 85–1524.   HUBBARD BROADCASTING, INC. *v.* SOUTHERN SATELLITE SYSTEMS, INC., ET AL., *ante,* p. 1005;
No. 86–173.   HARRIS *v.* ATTORNEY GENERAL OF VIRGINIA ET AL., *ante,* p. 994;
No. 86–336.   LINNAS *v.* IMMIGRATION AND NATURALIZATION SERVICE, *ante,* p. 995; and
No. 86–375.   WHITE MOUNTAIN APACHE TRIBE *v.* HODEL, SECRETARY OF THE INTERIOR, ET AL., *ante,* p. 1006.   Petitions for rehearing denied.